**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. _____

**DANIEL J. O'FRIEL and**
**ESTHER R. O'FRIEL,**

      **Plaintiffs,**

v.

**NEW PENN FINANCIAL, LLC d/b/a**
**SHELLPOINT MORTGAGE SERVICES,**
**a limited liability company,**

      **Defendant.**
_____/

## DEFENDANT'S NOTICE OF REMOVAL

New Penn Financial, LLC d/b/a Shellpoint Mortgage Services removes this action from the Twelfth Judicial Circuit, Circuit Court, Sarasota County, Florida to the United States District Court for the Middle District of Florida. The action, which alleges, among other things, Shellpoint violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (**TCPA**), arises under federal law and can be removed under 28 U.S.C. §1331 and 28 U.S.C. § 1441(a).

### I. PROCEDURAL COMPLIANCE

Shellpoint has timely removed this action under 28 U.S.C. § 1446(b). Plaintiffs Daniel J. O'Friel and Esther R. O'Friel served Shellpoint with the complaint and summons on May 7, 2018, and Shellpoint has removed the lawsuit on May 25, 2018. Removal is timely. *See* 28 U.S.C. § 1446(b) (removal notice must be filed "within 30 days after receipt by defendant through service or otherwise, of a copy of the initial pleading"); *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 356 (1999) (30-day time period does not accrue until a party is served).

Shellpoint complied with 28 U.S.C. § 1446(a) by submitting with this notice copies of the process, pleadings, and orders from the state court file.  (**COMPOSITE EXHIBIT A**.)  Shellpoint has also served plaintiffs and the Clerk of the Circuit Court with a *Notice of Filing of Notice of Removal* as required by 28 U.S.C. § 1446(a).  (*See* **EXHIBIT B** (notice without exhibits).)  The grounds for removal are set forth below.

Removal of the action to the Tampa division of this Court is proper under 28 U.S.C. § 1441(a).  The state court action was pending in the Twelfth Judicial Circuit, Circuit Court, Sarasota County, Florida, and the Tampa division of this Court covers actions arising in Sarasota County, Florida.  *See* M.D. FLA. L.R. 1.02(b)(4). This is in fact a successive filing pursuant to Local Rule 1.04(a) in which the O'Friels confirmed this Court has jurisdiction.  *See O'Friel v. New Penn Fin.*, Case No. 8:18-cv-00610-JSM-TGW (M.D. Fla. filed Mar. 13, 2018).

By this removal, Shellpoint does not intend to waive any defenses, including, but not limited to, the argument that this action should be stayed or dismissed.  Shellpoint disputes that plaintiffs are entitled to a jury trial in this action.

## II.  GROUNDS FOR REMOVAL

### A.      Federal Question Jurisdiction

The O'Friels' three-count complaint alleges Shellpoint violated the TCPA and Florida Consumer Collection Practices Act, FLA. STAT. §§ 559.55, *et seq.* (**FCCPA**).

Because the TCPA arises under the laws of the United States, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 387 (2012) (holding same).

The Court may exercise supplemental jurisdiction over the two FCCPA counts because the acts at issue in those counts arise from the same operative facts and are so related that they

form the same case and controversy as the TCPA count.  *See* 28 U.S.C. §§ 1441(a) & 1367(a).

In particular, the same alleged calls basing the O'Friels' asserted TCPA claim, also base their

alleged FCCPA claims.  (Compl. ¶¶ 38, 41, 46, 49, 54, 57.)

### III. CONCLUSION

Removal is proper because the case falls within this Court's subject matter jurisdiction

under 28 U.S.C. §§ 1331, 1367.  The O'Friels allege a cause of action under TCPA, and all

remaining counts are so related to the TCPA claim that they form the same case and controversy.

All procedural requisites for removal have been met, and this notice is timely filed.  Shellpoint

respectfully requests the Court conduct all further proceedings in this case.

Respectfully submitted,

**AKERMAN LLP**

*/s/ Celia C. Falzone*
Celia C. Falzone, Esq.
Florida Bar No.: 0016439
E-mail:  celia.falzone@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida  32202
Telephone:  (904) 798-3700
Fax: (904) 798-3730

*– and –*

William P. Heller, Esq.
Florida Bar No. 987263
E-mail: william.heller@akerman.com
Marc J. Gottlieb, Esq.
Florida Bar No.: 0827819
E-mail: marc.gottlieb@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Ste. 1600
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Fax: (954) 463-2224

*Counsel for New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Services*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in

the manner indicated below this 25th day of May, 2018, to:


Gus M. Centrone, Esq.
Brian L. Shrader, Esq.
Dunlap, Bennett & Ludwig, PLLC
612 W. Bay Street
Tampa, FL 33606
***Via Electronic Mail***
 ***(bshrader@dbllawyers.com;***
***gcentrone@dbllawyers.com)***
*Co-Counsel for Plaintiffs*

Katherine E. Yanes, Esq.
Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL 33601
***Via Electronic Mail***
***(kyanes@kmf-law.com)***
*Co-Counsel for Plaintiffs*


*/s/ Celia C. Falzone*
Attorney

45261705;1